# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-660-935**

Effective date of registration:

October 17, 2012

---

## Title

- **Title of Work:** The Company You Keep
- **Nature of Work:** Motion Picture

## Completion/Publication

- **Year of Completion:** 2012

## Author

- **Author:** TCYK, LLC
- **Author Created:** Producer of Motion Picture
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** TCYK, LLC
  6360 Deep Dell Pl, Los Angeles, CA, 90068
- **Transfer Statement:** By Written Agreement

## Limitation of copyright claim

- **Material excluded from this claim:** A Novel; A Screenplay
- **Previously registered:** No
- **Previous registration and year:** PAu 3 578-816   2011
- **Basis of current registration:** This is a changed version of the work.
- **New material included in claim:** Added Principal Photography, Music, Effects, Etc.

## Certification

- **Name:** Nicholas Chartier
- **Date:** October 17, 2012

Registration #: PAU003660935

Service Request #: 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048